IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBERT HAYES, | No. CIV S-07-1106-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the denial of parole.

      In light of the complexity of the legal and factual issues involved in this case, the court is considering sua sponte appointment of counsel in the interests of justice. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). However, petitioner is not proceeding in forma pauperis. In forma pauperis status is a prerequisite for the appointment of counsel. If petitioner wants the court to consider the appointment of counsel, he must complete and return an in forma pauperis application within 30 days.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. If petitioner wants the court to consider the appointment of counsel, he must complete and return an in forma pauperis application within 30 days of the date of service of this order; and

2. The Clerk of the Court is directed to send petitioner a form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 2, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE