IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBERT HAYES, | No. CIV S-07-1106-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 10). Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor. The request will be granted.

  In light of the complexity of the legal and factual issues involved in this case, the court sua sponte determines that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Appointed counsel should contact the Clerk's Office to obtain a copy of the court's file. The parties will be provided an opportunity to file supplemental briefs addressing the merits of this

1

case.

The parties are informed that they may, if all consent in writing, have this case assigned to a United States Magistrate Judge for all purposes while preserving their right to appeal any final judgment directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, to the United States Court of Appeals for the Federal Circuit.  See 28 U.S.C. § 636(c)(1), (3); see also E.D. Cal. Local Rule 73-305(a), (c).  The parties are advised that they are free to withhold consent and that doing so shall not result in any adverse substantive consequences.  See § 636(c)(2).  If all parties consent to magistrate judge jurisdiction, the action will be reassigned to the undersigned for all purposes, including entry of final judgment.  See Local Rule 73-301 and Local Rule 73-305(b).

A review of the record reflects that no party to this action has filed a written election regarding consent to the exercise of full jurisdiction by a magistrate judge.  The Clerk of the Court will be directed to provide the parties with the appropriate form which the parties shall then complete, indicating either consent or non-consent as they may choose, and file with the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis (Doc. 10) is granted;

2. The court sua sponte appoints the Federal Defender to represent petitioner;

3. The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus application (Doc. 1) and a copy of this order on Carolyn Wiggin, Assistant Federal Defender;

4. Within 60 days of the date of this order, petitioner may file a supplemental merits brief;

5. Within 30 days after the date of service of petitioner's supplemental brief, if any, respondent may file a supplemental merits brief;

6. Within 30 days after the date of service of respondent's brief, if any, petitioner may file a reply;

7. The Clerk of the Court is directed to forward to all parties the court's "Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions" along with the accompanying consent election form; and

8. The parties shall complete and file the consent election form within 30 days of the date of this order.

DATED: June 11, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE